UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 12-2092 |
| WM MASTERS AND ASSOCIATES, INC., | § | |
| JIM STEWART; NANCY STEWART; | § | |
| MICHAEL KIMREY; ELSIE KIMREY; | § | |
| GREG THOMPSON; SARAH THOMPSON; | § | |
| MARK VALENCIA; HEEWON VALENCIA; | § | |
| AND FREEMAN SALES, LLC | § | |
| | § | |
| Defendants. | § | |

DEFENDANTS MICHAEL KIMREY
AND ELISE KIMREY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

TO THE HONORABLE BARBARA M.G. LYNN:

Defendants Michael Kimrey and Elise Kimrey (improperly identified as "Elsie" in the caption) file this Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6) due to Plaintiff's failure to comply with Texas Business Organizations Code § 9.051.

I.

On June 29, 2012, Plaintiff Arch Insurance Company filed suit seeking to enforce an alleged indemnity provision arising from certain "performance and payment bonds in connection with construction projects in the State of Texas." Plaintiff's Original Complaint at ¶ 14. However, Arch Insurance Company is not, and has never been, registered to do business in Texas. As a result, Arch Insurance Company is precluded from bringing the present action as a matter of law, and the Court should dismiss this matter with prejudice in accordance with Texas Business Organizations Code section 9.051.

DEFENDANTS MICHAEL KIMREY AND ELSIE KIMREY'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM                                   PAGE 1

Respectfully submitted,


By: /s/ Patrick W. Powers
Patrick W. Powers
State Bar No. 24013351
patrick@powerstaylor.com
Peyton J. Healey
State Bar No. 24035918
peyton@powerstaylor.com

POWERS TAYLOR LLP
Campbell Centre II
8150 North Central Expressway
Suite 1575
Dallas, Texas 75206
Phone:  214.239.8900
Fax:  214.239.8901

**ATTORNEYS FOR DEFENDANTS MICHAEL KIMREY AND ELSIE KIMREY**

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2012, all counsel of record were served via ECF electronic service:

/s/ Peyton J. Healey
Peyton J. Healey