

EXHIBIT A

| Principal Name | Bond Num | Bond Amount | Contract Price | Bond Description | Obligee Name | Effective Date |
|---|---|---|---|---|---|---|
| Masters & Associates | SU 1104930-0000 | $ 2,874,876.00 | $ 2,874,876.00 | Adamson High School; DISD; Electrical & Fire Alarm | Satterfield & Pontikes Construction Inc | 10/20/2010 |
| Masters & Associates | SU 1104934-0000 | $ 12,500.00 | | State of California; Jeffrey Scott Cary; Bond of Qualifying Individual | State of California | 5/23/2011 |
| WM Masters & Associates, Inc. | SU 1030387-0000 | $ 5,000.00 | | Jason P Dowry; State of OK; Contractor's License | State of Oklahoma | 4/21/2011 |
| WM Masters & Associates, Inc. | SU 1031112-0000 | $ 5,392,812.00 | $ 5,392,812.00 | Mansfield High School #5; Mansfield, TX; Electrical | Lee Lewis Construction | 12/8/2011 |
| ClearView Distribution LLC | SU 1031108-0030 | $ 2,720.00 | | State of Missouri; Sales & Use Tax | Missouri Department of Revenue | 6/11/2010 |
| Masters & Associates | SU 1021877-0000 | $ 7,458,819.00 | $ 8,007,516.00 | Great Wolf Resort; Grapevine, TX; Electrical | Turner Construction Company | 12/28/2005 |
| Masters & Associates | SU 1030381-0000 | $ 2,195,016.00 | $ 2,280,282.00 | Royce City ISD; Stadium and High School Auditorium; Electrical | Royse City ISD | 9/24/2007 |
| Masters & Associates | SU 1030382-0000 | $ 2,171,044.00 | $ 2,605,707.00 | One Museum Place; Fort Worth, TX; Electrical | Thos S Byrne Ltd | 12/13/2007 |
| Masters & Associates | SU 1030383-0000 | $ 914,500.00 | $ 914,500.00 | Grand Prairie Elementary #25 | Paul Pogue LP | 12/3/2007 |
| Masters & Associates | SU 1030384-0000 | $ 196,083.00 | $ 196,083.00 | DFW International Airport; Fire Station Alerting System Upgrades | DFW International Airport Board | 12/6/2007 |
| Masters & Associates | SU 1030385-0000 | $ 143,373.00 | $ 143,373.00 | Backwoods Retail Store; Village of Bee Cave, TX; Electrical-Design Build | Key Construction LLC | 2/28/2008 |
| Masters & Associates | SU 1030388-0000 | $ 6,352,200.00 | $ 7,298,973.00 | Central Career and Technical Academy; Las Vegas, NV | McCarthy Building Companies | 9/24/2008 |
| Masters & Associates | SU 1030389-0000 | $ 2,003,616.00 | $ 2,183,980.00 | Blue Cross Blue Shield Tulsa FSU; Tulsa, OK; Electrical | Turner Construction Company | 4/29/2008 |
| Masters & Associates | SU 1031093-0000 | $ 302,447.00 | $ 302,447.00 | Texas Youth Commission; Open Bay Dorms Alterations 2007 | LEMCO Construction Services LP | 5/19/2009 |
| Masters & Associates | SU 1031095-0000 | $ 2,000.00 | | State of Arizona; Taxpayer Bond for Contractor | State of Arizona, Arizona Dept of Revenue | 6/5/2010 |
| Masters & Associates | SU 1031096-0000 | $ 1,740,070.00 | $ 1,964,394.00 | Southlake Department of Public Safety HQ; Electrical | Lee Lewis Construction | 6/20/2010 |
| Masters & Associates | SU 1031097-0000 | $ 318,988.00 | $ 318,988.00 | DLR Marsh Ln PBB Ph III | Constructors & Associates | 7/28/2010 |
| Masters & Associates | SU 1031098-0000 | $ 2,043,818.00 | $ 2,988,875.00 | City Walk 531 N Akard; Dallas, TX; Electrical & Fire Alarm Job #07-01-012 | Key Construction LLC | 9/24/2008 |
| Masters & Associates | SU 1031099-0000 | $ 1,711,029.00 | $ 1,711,029.00 | Flamingo Place; Las Vegas, NV | Munlake Contractors Inc | 10/10/2008 |
| Masters & Associates | SU 1031100-0000 | $ 155,456.00 | $ 155,456.00 | Har-Conn; Ft Worth, TX; Electrical | Key Construction LLC | 10/29/2008 |
| Masters & Associates | SU 1031101-0000 | $ 272,005.00 | $ 286,108.00 | Nordstrom Park Laine Rack | J. E. Dunn of Texas, Inc. | 11/12/2008 |
| Masters & Associates | SU 1031102-0000 | $ 2,232,953.00 | $ 2,312,614.00 | Collin County Community College; McKinney, TX; Electrical & Fire Alarm for Higher Learning Education Complex | Lee Lewis Construction | 11/26/2008 |
| Masters & Associates | SU 1031103-0000 | $ 442,996.00 | $ 442,996.00 | Beal Bank Parking Garage; Plano, TX; Electrical & Fire Alarm | J. E. Dunn of Texas, Inc. | 12/16/2008 |
| Masters & Associates | SU 1031104-0000 | $ 338,113.00 | $ 338,113.00 | DRMC - 3rd Floor 26 Bed Medical Surgical Buildout; Electrical | HCBeck Ltd | 1/15/2011 |
| Masters & Associates | SU 1031105-0000 | $ 1,501,685.00 | $ 1,570,748.00 | Medical Rehab Hospital; Frisco, TX; Electrical | Brasfield & Gorrie | 1/30/2009 |
| Masters & Associates | SU 1031106-0000 | $ 1,234,000.00 | $ 1,220,217.00 | Boyd High School; Boyd, TX; Electrical | Paul Pogue LP | 2/5/2009 |
| Masters & Associates | SU 1031107-0000 | $ 561,200.00 | $ 561,200.00 | The Villages at Sports Center; Arlington, TX; Electrical | Key Construction LLC | 3/17/2009 |
| Masters & Associates | SU 1031109-0000 | $ 372,490.00 | $ 417,859.00 | Dallas Center for the Performing Arts (DCPAF); Auxiliary Parking Structure; Dallas, TX; Electrical | McCarthy Building Companies | 3/24/2009 |
| Masters & Associates | SU 1031111-0000 | $ 375,093.00 | $ 375,093.00 | Electrical & Fire Alarm Work | Turner Construction Company | 9/14/2009 |
| Masters & Associates | SU 1104925-0000 | $ 2,653,383.00 | $ 3,121,443.00 | C C Young Memorial Home; Dallas, TX; Electrical/Fire Alarm | JE Dunn South Central Inc | 10/29/2009 |
| Masters & Associates | SU 1104926-0000 | $ 3,979,965.00 | $ 4,621,592.00 | Texas Tech University; Lubbock, TX; Pawls College of Business Administration; Electrical | Lee Lewis Construction Inc | 2/4/2010 |
| Masters & Associates | SU 1104929-0000 | $ 585,543.00 | $ 585,543.00 | Carswell Army Reserve Center; Ft Worth, TX; Joint Security Forces; Electrical | Mapco Inc | 2/25/2010 |
| WM Masters & Associates, Inc. | SU 1021881-0000 | $ 5,630,299.00 | $ 6,097,684.00 | Hunt Coporate HQ; Electrical | Austin Commercial, LP | 9/23/2010 |
| WM Masters & Associates, Inc. | SU 1021882-0000 | $ 1,407,545.00 | $ 1,466,350.00 | Abilene Specialty Hospital; Electrical | Thos S Byrne Ltd | 2/1/2010 |
| WM Masters & Associates, Inc. | SU 1030231-0000 | $ 956,250.00 | $ 956,250.00 | Melissa ISD; Harry McKillop Elementary School | Paul Pogue LP | 3/20/2010 |
| WM Masters & Associates, Inc. | SU 1090234-0000 | $ 139,673.00 | $ 139,673.00 | Foxborough Public Safety Building Alerting System Installation | Town of Foxborough | 4/25/2011 |
| WM Masters & Associates, Inc. | SU 1030235-0000 | $ 448,000.00 | $ 464,561.00 | Cappell ISD; Phase 1 Renovations; Electrical | Joe Funk Construction Engineers Inc | 5/15/2007 |
| WM Masters & Associates, Inc. | SU 1030250-0000 | $ 1,365,000.00 | $ 1,399,006.00 | Sendera Ranch Elementary; Fort Worth, TX | Paul Pogue LP | 5/15/2007 |
| WM Masters & Associates, Inc. | SU 1030371-0000 | $ 1,365,000.00 | $ 1,387,836.00 | Tehama Ridge Elementary; Fort Worth, Texas | Paul Pogue LP | 7/17/2007 |
| WM Masters & Associates, Inc. | SU 1030379-0000 | $ 50,000.00 | | State of NV; Contractors' License | State of Nevada | 8/28/2007 |
| WM Masters & Associates, Inc. | SU 1030885-0000 | $ 112,069.00 | $ 112,069.00 | Compass Bank; Round Rock, TX; Electrical | JE Dunn | 3/28/2010 |
| WM Masters & Associates, Inc. | SU 1030890-0000 | $ 20,000.00 | | State of AZ; Contractor's License Bond | State of Arizona | 6/3/2010 |
| WM Masters & Associates, Inc. | SU 1021094-0000 | $ 12,500.00 | | State of CA; Larry Fredrick Goodine; Contractor's License Bond | State of California Contractors License Board | 6/5/2010 |
| WM Masters & Associates, Inc. | SU 1031110-0000 | $ 5,860.00 | | State of Delaware; Contractor's License Bond | State of Delaware | 10/14/2010 |
| WM Masters & Associates, Inc. | SU 1104924-0000 | $ 673,155.00 | $ 755,899.00 | Boyd Football Stadium & Field House; Boyd ISD; Electrical; Public Address and Fire Alarm | Paul Pogue LP | 1/26/2010 |
| WM Masters & Associates, Inc. | SU 1104927-0000 | $ 82,417.00 | $ 82,417.00 | Herbert Marcus Elementary School; Electrical | LEMCO Construction Services LP | 6/9/2010 |
| WM Masters & Associates, Inc. | SU 1104928-0000 | $ 1,223,000.00 | $ 1,175,592.00 | Collin County Courthouse Addition; McKinney, TX (Freeman Sales) | Turner Construction Company | 8/23/2010 |
| WM Masters & Associates, Inc. | SU 1104931-0000 | $ 296,217.00 | $ 309,038.00 | Eglin Air Force Base; FL; 1st Alert System; SOF Special Forces Complex Ph III | Tri-City Electrical Contractors, Inc. | 12/9/2010 |
| WM Masters & Associates, Inc. | SU 1104932-0000 | $ 2,030,125.00 | $ 2,328,610.00 | City of Whittier Police Facility Ph 2; Whittier, CA | Bernards Bros Inc | 12/14/2010 |
| WM Masters & Associates, Inc. | SU 1104933-0000 | $ 296,718.00 | $ 310,086.00 | UTD Bookstore; Richardson, TX; Lighting Fixtures (Freeman Sales) | Turner Construction | 1/12/2010 |

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, hereby certifies that a diligent search of the records of this office was performed on the name Arch Insurance Company. It is further certified that the search revealed the following:

- There is no record of a domestic corporation, professional corporation, professional association, limited partnership, limited liability partnership, or limited liability company by the name searched.
- There is no record of a foreign corporation, professional corporation, professional association, limited partnership, limited liability partnership, limited liability company, business trust, real estate investment trust, or other foreign filing entity with a registration to transact business by the name searched.
- There is no record of an out-of-state financial institution registration by the name searched.
- There is no record of an assumed name certificate on file by the name searched.
- There is no record to indicate that a designation of agent for service of process is on file for a Texas financial institution, unincorporated nonprofit association, or a defense base development authority by the name searched.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on July 25, 2012.



Hope Andrade
Secretary of State

EXHIBIT
B

Come visit us on the internet at http://www.sos.state.tx.us/
Phone: (512) 463-5555      Fax: (512) 463-5709      Dial: 7-1-1 for Relay Services
Prepared by: Simona Dehoyoz      TID: 10256      Document: 432470200002